# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF NEW JERSEY*
# *NEWARK*

### Minutes of Proceedings

Judge **Esther Salas**                              JANUARY 16, 2014
                                                    Date of Proceedings

Court Reporter **Lynne Johnson**

Deputy Clerk **Philip Selecky**

**Title of Case**:                         Docket # **Cr. 13-543-01 (ES)**

U.S.A. v. Hui Huang

**Appearances**:
Andrew Pak, AUSA, for the govt.
Edgar Fankbonner, Esq, for the deft.

**Nature of Proceedings**: SENTENCING
Mandarin Interpreter Jean Yap sworn.
Defendant present.
Ordered Govts, 5K1.1 downward departure motion is granted.
Sentence on counts 1 of the Information: Imprisonment for a term of Time Served and 1 year of supervised release.
Additional condition of Supervised Release.
1) Cooperate with I.C.E.
Special assessment of $100.00.
The defendant is advised of his right to appeal.
Ordered defendant remanded.

Time Commenced: 12:45 p.m.
Time Adjourned:  1:10 p.m.
Total Time: 25 Minutes

                                    Philip Selecky, Deputy Clerk